C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Dwane Rena Pleasant )   **MOTION**
                                                   )   **CHAPTER 13**
                                                   )
                                                   )   No. B-11-80213 C-13D
                                                   )
        Debtor                           )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor has failed to provide a copy of his social security verification. The Standing Trustee's office has contacted the Debtor regarding this information, and the Debtor has not responded.

The Standing Trustee respectfully recommends to the Court that the Debtor be dismissed from the Chapter 13 Plan prior to confirmation for failure to provide a copy of his social security verification.


Date: April 19, 2011                                                                        s/Richard M. Hutson, II
RMH:ltp                                                                                Standing Trustee

--------------------------------------------------------------------------------

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **May 19, 2011**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.


Date: April 19, 2011                                                      OFFICE OF THE CLERK
                                                                                     U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
B-11-80213 C-13D

Dwane Rena Pleasant
3205 Ivey Wood Lane
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702